IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:08-CR-164-D

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) **ORDER** |
| | ) |
| DEWAYNE CORNELIUS MELVIN, | ) |
| | ) |
| Defendant. | ) |

The United States shall file a response to defendant Dewayne Cornelius Melvin's motion for a sentence reduction [D.E. 82]. The response is due not later than May 20, 2022.

SO ORDERED. This 27 day of April, 2022.

JAMES C. DEVER III
United States District Judge